UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HENRY PHILLIPS                                        CIVIL ACTION

VERSUS                                                NO. 13-5868

N. BURL CAIN, ET AL                                   SECTION "J"(1)

**O R D E R**

The Court, having considered Petitioner's *Petition for Habeas Corpus* (**Rec. Doc. 3**), the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge (**Rec. Doc. 26**), and Petitioner's *Objection* (**Rec. Doc. 27**), hereby approves the *Report and Recommendation* of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the petition of Petitioner Errol Victor, Sr. for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 12th day of September, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE