**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HENRY PHILLIPS**                                    **CIVIL ACTION**

**versus**                                           **NO. 13-5868**

**N. BURL CAIN, WARDEN**                             **SECTION: "J" (1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Henry Phillips is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  26   day of ___September_____, 2014.

**UNITED STATES DISTRICT JUDGE**